**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Juan Zavala et al, | NO. C 09-06056 JW |
| Plaintiff(s), | **ORDER VACATING ORDER TO SHOW CAUSE HEARING; REASSIGNING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |
| v. | |
| Rane's Gardening et al, | |
| Defendant(s). | |

In light of the parties' consent to proceed before a Magistrate Judge for all purposes, the Court vacates the Order to Show Cause hearing set for May 24, 2010. The Clerk shall reassign this case to a Magistrate Judge for all purposes based on the parties' consent (Docket Item Nos. 8, 9).

Dated: May 13, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang adamqwang@gmail.com
Adam Lee Pedersen alpedersen@gmail.com
Raymond Paul Bolanos rb2659@att.com

**Dated:  May 13, 2010**                                              **Richard W. Wieking, Clerk**

                                                                      **By:     /s/ JW Chambers**
                                                                      **Elizabeth Garcia**
                                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California