UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN ZAVALA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RANE'S GARDENING., et al.,<br><br>　　　　Defendants. | Case No.: CV 09-06056 PSG<br><br>**ORDER DISMISSING CASE** |

   On September 7, 2010, Plaintiff's counsel informed the court that the parties had reached a settlement, and the court set a status conference regarding dismissal for December 7, 2010.[1] No parties appeared for the status conference on December 7, 2010.

   IT IS HEREBY ORDERED that this case is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: February 7, 2011

　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] A Certification of ADR Session indicating that the case fully settled on September 3, 2010 has also been filed with the court. *See* 9/14/2010 Certification of ENE (Docket No. 20).

ORDER